# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MARLIN LUSTGRAAF,** | ) | 8:08CV335 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| **SUNSET FINANCIAL SERVICES, INC.,** | ) | |
| **and BRYAN S. BEHRENS,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Plaintiff's Unopposed Motion to Extend Deadline for Responding to Defendant Sunset Financial Services, Inc.'s Motions to Dismiss and for Judicial Notice (Filing No. 31). Plaintiff seeks an extension of 10 days to respond to the Defendant's Motions. Counsel for the Plaintiff states that Defendant Sunset Financial Services, Inc., does not oppose Plaintiff's motion. Accordingly,

IT IS ORDERED:

1. The Plaintiff's Unopposed Motion to Extend Deadline (Filing No. 31) is granted; and

2. The Plaintiff shall respond to the Defendant's Motion to Dismiss and Motion for Judicial Notice by filing his brief and index of evidence, if any, on or before November 17, 2008.

DATED this 31st day of October, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge