**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **MARLIN LUSTGRAAF,** | ) | **8:08CV335** |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **SUNSET FINANCIAL SERVICES, INC.,** | ) | |
| **KANSAS CITY LIFE INSURANCE** | ) | |
| **COMPANY, and BRYAN S.** | ) | |
| **BEHRENS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Plaintiff's Motion for a One-Week Extension of the Deadline for Opposing Kansas City Life's Motion to Dismiss.  Plaintiff seeks an extension from April 6, 2009, to April 13, 2009, to respond to the Defendant's motion.

IT IS ORDERED:

1.    The Plaintiff's Motion for Extension of Time (Filing No. 81) is granted; and

2.    The Plaintiff shall respond to the Defendant Kansas City Life's Motion to Dismiss (Filing No. 77) by filing his brief and index of evidence, if any, on or before April 13, 2009.

DATED this 31st day of March, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge