# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARLIN LUSTGRAAF,                         ) | |
|                 Plaintiff,     ) | 8:08-CV-00335-LSC-FG3 |
|       v.                                              ) | ORDER |
| SUNSET FINANCIAL SERVICES, INC.  ) | |
| and BRYAN S. BEHRENS,                    ) | |
|                 Defendants.  ) | |
| JEAN POOLE, et al.,                          ) | |
|                 Plaintiffs,     ) | 8:08-CV-00399-LSC-FG3 |
|       v.                                              ) | ORDER |
| SUNSET FINANCIAL SERVICES, INC.  ) | |
| and BRYAN S. BEHRENS,                    ) | |
|                 Defendants.  ) | |
| MILO VACANTI,                                ) | |
|                 Plaintiff,     ) | 8:08-CV-00436-LSC-FG3 |
|       v.                                              ) | ORDER |
| SUNSET FINANCIAL SERVICES, INC.  ) | |
| and BRYAN S. BEHRENS,                    ) | |
|                 Defendants.  ) | |
| WILLIAM GREEN, et al.,                    ) | |
|                 Plaintiffs,     ) | 8:09-CV-00013-LSC-FG3 |
|       v.                                              ) | ORDER |
| SUNSET FINANCIAL SERVICES, INC.  ) | |
| and BRYAN S. BEHRENS,                    ) | |
|                 Defendants.  ) | |

| | |
|---|---|
| MILO VACANTI,                          )<br>                                                    )<br>            Plaintiff,                        )<br>                                                    )<br>vs.                                                )<br>                                                    )<br>SUNSET FINANCIAL SERVICES, INC. )<br>and BRYAN S. BEHRENS,             )<br>                                                    )<br>            Defendants.                   ) | 8:09-CV-00044-LSC-FG3<br><br>ORDER |

This matter is before the court on Plaintiffs' motion for leave to file a proposed sur-reply brief opposing Sunset Financial Services, Inc.'s motion for leave to amend to assert cross-claims. (Case No. 8:08CV00335, filing 193; Case No. 8:08CV00399, filing 192; Case No. 8:08CV00436, filing 183; Case No. 8:09CV00013, filing 145; Case No. 8:09CV00044, filing 110). The motion will be granted.

**IT IS ORDERED:**

1.  Plaintiffs' motion for leave to file a sur-reply brief is granted. (Case No. 8:08CV00335, filing 193; Case No. 8:08CV00399, filing 192; Case No. 8:08CV00436, filing 183; Case No. 8:09CV00013, filing 145; Case No. 8:09CV00044, filing 110).

2.  The court hereby takes notice of Plaintiffs' proposed brief, which was submitted with the present motion.

**DATED June 2, 2011.**

                                               **BY THE COURT:**

                                               **S/ F.A. Gossett, III**
                                               **United States Magistrate Judge**