# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARLIN LUSTGRAAF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:08-CV-00335-LSC-FG3 |
| v. | ) | |
| | ) | ORDER |
| SUNSET FINANCIAL SERVICES, INC. | ) | |
| and BRYAN S. BEHRENS, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| JEAN POOLE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 8:08-CV-00399-LSC-FG3 |
| v. | ) | |
| | ) | ORDER |
| SUNSET FINANCIAL SERVICES, INC. | ) | |
| and BRYAN S. BEHRENS, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| MILO VACANTI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:08-CV-00436-LSC-FG3 |
| v. | ) | |
| | ) | ORDER |
| SUNSET FINANCIAL SERVICES, INC. | ) | |
| and BRYAN S. BEHRENS, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| WILLIAM GREEN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 8:09-CV-00013-LSC-FG3 |
| v. | ) | |
| | ) | ORDER |
| SUNSET FINANCIAL SERVICES, INC. | ) | |
| and BRYAN S. BEHRENS, | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| **MILO VACANTI,**            ) <br> ) <br>           **Plaintiff,**      ) <br> ) <br>    vs.                                   ) <br> ) <br> **SUNSET FINANCIAL SERVICES, INC.** ) <br> **and BRYAN S. BEHRENS,**     ) <br> ) <br>           **Defendants.**    ) | **8:09-CV-00044-LSC-FG3** <br><br> **ORDER** |

Today, a hearing was held in the above-captioned cases. Several matters were discussed, including Plaintiffs' Motion to Compel Testimony from Bryan Behrens ("Motion to Compel"). (Case No. 8:09CV13, Filing 211, Case No. 8:08CV335, Filing 246; Case No. 8:08CV399, Filing 243; Case No. 8:08CV436, Filing 233; Case No. 8:09CV44, Filing 160.) During the hearing, Sunset moved for leave to join Plaintiffs' Motion to Compel. This request is granted.

Accordingly,

**IT IS ORDERED:**

1. By or before April 5, 2012, Sunset may, if it desires, file a brief in support of Plaintiffs' Motion to Compel.

2. Bryan Behrens may file his brief responding to Plaintiffs' and Sunset's briefs by or before April 16, 2012.

**DATED March 29, 2012.**

                                                            **BY THE COURT:**

                                                            **S/ F.A. Gossett, III**
                                                            **United States Magistrate Judge**