IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARLIN LUTSGRAAF, | ) | CASE NO. 8:08CV335 |
| | ) | |
| Plaintiff, | ) | |
| | ) | AMENDED ORDER |
| v. | ) | |
| | ) | |
| SUNSET FINANCIAL SERVICES, INC. and BRYAN S. BEHRENS, | ) ) | |
| | ) | |
| Defendants. | ) | |
| JEAN POOLE and DEE POOLE, Trustees of the Pool Family Trust, | ) ) | CASE NO. 8:08CV399 |
| | ) | |
| Plaintiff, | ) | AMENDED ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| SUNSET FINANCIAL SERVICES, INC. and BRYAN S. BEHRENS, | ) ) | |
| | ) | |
| Defendants. | ) | |
| MILO VACANTI, | ) | CASE NO. 8:08CV436 |
| | ) | |
| Plaintiff, | ) | |
| | ) | AMENDED ORDER |
| v. | ) | |
| | ) | |
| SUNSET FINANCIAL SERVICES, INC. and BRYAN S. BEHRENS, | ) ) | |
| | ) | |
| Defendants. | ) | |
| MILO VACANTI, | ) | CASE NO. 8:09CV44 |
| | ) | |
| Plaintiff, | ) | |
| | ) | AMENDED ORDER |
| v. | ) | |
| | ) | |
| SUNSET FINANCIAL SERVICES, INC. and BRYAN S. BEHRENS, | ) ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is the Suggestion of Bankruptcy filed by Third Party Defendant William H. Green.  (Case No. 8CV335, Filing No. 273; Case No. 8CV399, Filing No. 270; Case No. 8CV436, Filing No. 261; Case No. 9CV44, Filing No. 185.)  Green has attached to the Suggestion a copy of the voluntary, chapter 7 bankruptcy petition that he filed on May 14, 2012, with the United States Bankruptcy Court for the District of Nebraska.  (Case No. 8CV335, Filing No. 273-1; Case No. 8CV399, Filing No. 270-1; Case No. 8CV436, Filing No. 261-1; Case No. 9CV44, Filing No. 185-1.)  Pursuant to NEGenR 1.5(a),[1] and 28 U.S.C. § 157, these matters will be referred to the United States Bankruptcy Court for the District of Nebraska.

Accordingly,

IT IS ORDERED:

1. These cases are referred to the United States Bankruptcy Court for the District of Nebraska;

2. These cases shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska; and

3. The Clerk of the Court for the District of Nebraska shall transmit the court files to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 15th day of May, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

---

[1]*See* NEGenR1.5(a):

Upon the filing of a suggestion in bankruptcy, . . . the entire case is referred to the bankruptcy court for further action. . . . The bankruptcy judge requests status reports from the parties. After reviewing the status reports, the bankruptcy judge determines whether the case should proceed in the bankruptcy court of be returned to the district court.  If the case is to be returned to the district court, the bankruptcy judge files a report and recommendation concerning withdrawal of the reference.  The report includes a recommendation regarding the necessity of the debtor's participation in the case, and, if appropriate, the bankruptcy judge enters an order in the bankruptcy case granting relief from the automatic stay to allow the case to proceed with the debtor as a party.