IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MARLIN LUSTGRAAF,**<br><br>       **Plaintiff,**<br><br>  vs.<br><br>**SUNSET FINANCIAL SERVICES, INC., and BRYAN S. BEHRENS,**<br><br>       **Defendants.** | **CASE NO. 8:08CV335**<br><br><br><br>**ORDER** |
| **IN THE MATTER OF:**<br><br>**WILLIAM H. GREEN,**<br><br>       **Debtor.** | **CASE NO. BK12-81071-TJM**<br><br>**A12-8030-TJM** |
| **JEAN POOLE and DEE POOLE,**<br>**Trustees of the Poole Family Trust,**<br><br>       **Plaintiff,**<br><br>  vs.<br><br>**SUNSET FINANCIAL SERVICES, INC., and BRYAN S. BEHRENS,**<br><br>       **Defendants.** | **CASE NO. 8:08CV399**<br><br><br><br>**ORDER** |
| **IN THE MATTER OF:**<br><br>**WILLIAM H. GREEN,**<br><br>       **Debtor.** | **CASE NO. BK12-81071-TJM**<br><br>**A12-8031-TJM** |

| | |
|---|---|
| **MILO VACANTI,** | **CASE NO. 8:08CV436** |
| Plaintiff, | |
| vs. | **ORDER** |
| **SUNSET FINANCIAL SERVICES, INC., and BRYAN S. BEHRENS,** | |
| Defendants. | |
| **IN THE MATTER OF:** | **CASE NO. BK12-81071-TJM** |
| **WILLIAM H. GREEN,** | **A12-8032-TJM** |
| Debtor. | |
| **WILLIAM GREEN and JANN GREEN,** | **CASE NO. 8:09CV13** |
| Plaintiff, | |
| vs. | **ORDER** |
| **SUNSET FINANCIAL SERVICES, INC., and BRYAN S. BEHRENS,** | |
| Defendants. | |
| **IN THE MATTER OF:** | **CASE NO. BK12-81071-TJM** |
| **WILLIAM H. GREEN,** | **A12-8037-TJM** |
| Debtor. | |
| **MILO VACANTI,** | **CASE NO. 8:09CV44** |
| Plaintiff, | |
| vs. | **ORDER** |
| **SUNSET FINANCIAL SERVICES, INC., and BRYAN S. BEHRENS,** | |
| Defendants. | |
| **IN THE MATTER OF:** | **CASE NO. BK12-81071-TJM** |
| **WILLIAM H. GREEN,** | **A12-8033-TJM** |
| Debtor. | |

This matter is before the Court on the Reports and Recommendations of U.S. Bankruptcy Court Judge Timothy J. Mahoney (Case No. 8:08CV335, Filing No. 276; Case No. 8:08CV399, Filing No. 273; Case No. 8:08CV436, Filing No. 264; Case No. 8:09CV13, Filing No. 240; Case No. 8:09CV44, Filing No. 188) recommending that this Court withdraw the reference of the above caption actions to the bankruptcy court. The time for filing objections to the Reports and Recommendations has passed. *See* NEGenR 1.5(b)(2). No objections have been filed.

The Court finds that under 28 U.S.C. § 157(d) and Federal Rule of Bankruptcy Procedure 9033(d), and for good cause shown, the Reports and Recommendations should be adopted. Accordingly,

IT IS ORDERED:

1. The following Reports and Recommendations of U.S. Bankruptcy Court Judge Timothy J. Mahoney are adopted:

    a. Case No. 8:08CV335, Filing No. 276;

    b. Case No. 8:08CV399, Filing No. 273;

    c. Case No. 8:08CV436, Filing No. 264;

    d. Case No. 8:09CV13, Filing No. 240;

    e. Case No. 8:09CV44, Filing No. 188;

2. The following Orders of reference to the U.S. Bankruptcy Court for the District of Nebraska are withdrawn:

    a. Case No. 8:08CV335, Filing No. 275;

    b. Case No. 8:08CV399, Filing No. 272;

    c. Case No. 8:08CV436, Filing No. 263;

   d. Case No. 8:09CV13, Filing No. 239;

   e. Case No. 8:09CV44, Filing No. 187; and

3. The above captioned actions shall progress in this Court.


Dated this 7th day of November, 2012.

           BY THE COURT:

           s/Laurie Smith Camp  
           Chief United States District Judge