# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARLIN LUSTGRAAF,<br><br>   Plaintiff,<br><br> vs.<br><br>SUNSET FINANCIAL SERVICES, INC., and BRYAN S. BEHRENS,<br><br>   Defendants. | CASE NO. 8:08CV335<br><br><br>RECUSAL ORDER |
| JEAN POOLE and DEE POOLE, Trustees of the Poole Family Trust,<br><br>   Plaintiff,<br><br> vs.<br><br>SUNSET FINANCIAL SERVICES, INC., and BRYAN S. BEHRENS,<br><br>   Defendants. | CASE NO. 8:08CV399<br><br><br>RECUSAL ORDER |
| MILO VACANTI,<br><br>   Plaintiff,<br><br> vs.<br><br>SUNSET FINANCIAL SERVICES, INC., and BRYAN S. BEHRENS,<br><br>   Defendants. | CASE NO. 8:08CV436<br><br><br>RECUSAL ORDER |
| WILLIAM GREEN and JOANN GREEN,<br><br>   Plaintiffs,<br><br> vs.<br><br>SUNSET FINANCIAL SERVICES, INC., and BRYAN S. BEHRENS,<br><br>   Defendants. | CASE NO. 8:09CV13<br><br><br>RECUSAL ORDER |

| | |
|---|---|
| **MILO VACANTI,**<br><br>                    **Plaintiff,**<br><br>       **vs.**<br><br>**SUNSET FINANCIAL SERVICES, INC.,**<br>**and BRYAN S. BEHRENS,**<br><br>                    **Defendants.** | **CASE NO. 8:09CV44**<br><br><br>**RECUSAL ORDER** |

This matter is before the Court on its own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned."  While the impartiality of the undersigned in all actions taken in this case up to this date would not reasonably be subject to question, disqualification from future involvement in the case is warranted under 28 U.S.C. § 455(a).  Accordingly, the undersigned Judge does recuse herself from the above-designated cases.

DATED this 10th day of December, 2012.

                                        BY THE COURT:


                                        s/Laurie Smith Camp
                                        Chief United States District Judge