IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARLIN LUSTGRAAF, | | |
| Plaintiff, | | **8:08CV335** |
| vs. | | |
| | | **ORDER** |
| BRYAN S. BEHRENS, et al., | | |
| Defendants. | | |
| JEAN POOLE, et al, | | |
| Plaintiffs, | | **8:08CV399** |
| vs. | | |
| | | **ORDER** |
| BRYAN S. BEHRENS, et al., | | |
| Defendants. | | |
| MILO VACANTI, | | |
| Plaintiff, | | **8:08CV436** |
| vs. | | |
| | | **ORDER** |
| SUNSET FINANCIAL SERVICES, INC., et al., | | |
| Defendants. | | |
| WILLIAM GREEN, et al., | | |
| Plaintiffs, | | **8:09CV13** |
| vs. | | |
| | | **ORDER** |
| SUNSET  FINANCIAL SERVICES, INC., et al., | | |
| Defendants. | | |
| MILO VACANTI, | | |
| Plaintiff, | | **8:09CV44** |
| vs. | | |
| | | **ORDER** |
| SUNSET FINANCIAL SERVICES, INC., et al., | | |
| Defendants. | | |

IT IS ORDERED:

1)      Based upon the representations of counsel that these cases have settled, the following motions are denied as moot, without prejudice to refiling should the parties be unable to finalize the settlement:

Case no. 8:08cv00335:        Filing Nos. 345, 346, 347 & 351

Case no. 8:08cv00399:        Filing Nos. 342, 343, 344 & 348

Case no. 8:08cv00436:        Filing Nos. 335, 336, 337 & 341

Case no. 8:09cv00013:        Filing Nos. 314, 315, 316 & 320

Case no. 8:09cv00044:        Filing Nos.  255, 256, 257 & 261

Dated this 22nd day of April, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge