IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARLIN LUSTGRAAF, <br><br> Plaintiff, <br><br> vs. <br><br> SUNSET FINANCIAL SERVICES, INC., and BRYAN S. BEHRENS, <br><br> Defendants. | 8:08-CV-335 <br><br><br> ORDER |
| JEAN (J.P.) POOLE & DEE POOLE, TRUSTEES OF THE POOLE FAMILY TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> SUNSET FINANCIAL SERVICES, INC., and BRYAN S. BEHRENS, <br><br> Defendants. | 8:08-CV-399 <br><br><br> ORDER |
| WILLIAM GREEN AND JOANN GREEN, <br><br> Plaintiffs, <br><br> vs. <br><br> SUNSET FINANCIAL SERVICES, INC., and BRYAN S. BEHRENS, <br><br> Defendants. | 8:09-CV-13 <br><br><br> ORDER |

This matter is before the Court on the stipulation and motion for dismissal with prejudice (case no. 8:08-cv-335 filing 390; case no. 8:08-cv-399 filing 385; case no. 8:09-cv-13 filing 356) of the claims of Marlin Lustgraaf, Jean (J.P.) and Dee Poole, and JoAnn Green against Sunset Financial Services. The parties' motion will be granted.

IT IS ORDERED:

1. The moving parties' motions for dismissal with prejudice (case no. 8:08-cv-335 filing 390; case no. 8:08-cv-399 filing 385; case no. 8:09-cv-13 filing 356) are granted.

2. The claims of Marlin Lustgraaf, Jean (J.P.) and Dee Poole, and JoAnn Green against Sunset Financial Services are dismissed with prejudice, with the parties to bear their own costs and fees.

3. The claims asserted by William Green and Sunset Financial Services' cross-claim against Behrens involving William Green's claim are not affected by this order.

Dated this 22nd day of July, 2013.

BY THE COURT:

John M. Gerrard
United States District Judge